# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROY J. BURKETT JR., ADMINISTRATOR OF THE ESTATE OF NANNIE BURKETT, DECEASED AND IN HIS OWN RIGHT, | : | No. 162 EAL 2016 |
| | : | |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the **Published Opinion and Order** of the Superior Court at No. 2633 EDA 2013, at 133 A.3d 22 (Pa. Super. 2016) entered on January 25, 2016, **affirming** the Order of the Philadelphia County Court of Common Pleas at No. October Term, 2012, No. 002585 entered on August 16, 2013 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ST. FRANCIS COUNTRY HOUSE, CATHOLIC HEALTHCARE SERVICES AND ARCHDIOCESE OF PHILADELPHIA, | : | |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**. The matter is **REMANDED** for proceedings consistent with the decision in <u>Taylor v. Extendicare</u>, ___ A.3d ___, No. 19 WAP 2015 (Pa. filed September 28, 2016).